# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

Taylor B. Graham, Esq.
Graham@PeltonGraham.com

May 18, 2023

**VIA CM/ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lopez et al. v. Universal Protection Service LLC et al.*
              Civil Action No. 22 Civ. 01990 (LDH)(SJB)

Dear Magistrate Judge Bulsara:

      This office represents the Plaintiffs in the above-referenced action. We write, jointly with counsel for Defendants, in accordance with Your Honor's direction following the May 4 hearing on Plaintiffs' Motion for Preliminary Settlement Approval, to submit the following revised settlement materials: (1) revised settlement agreement; (2) revised notice; and (3) revised proposed order. The attached materials have been revised as follows:

**Revised Settlement Agreement (Exhibit A)**

- We added a group identified as "Opt-in Parties," to include individuals who already opted into the case but are not the named Plaintiffs. "Opt-in Parties" were added throughout the Agreement where appropriate, and the Agreement specifies that an Opt-in Party would become and Opt-in Claimant by signing the Agreement.

- Each Opt-in Party has now signed the Revised Settlement Agreement.

- We moved the definition of "Settlement Fund" up from Section 4.1 to Section 2.26 to make clear that is a defined term when used elsewhere in the Agreement.

- We clarified the definition of "net settlement amount" to reflect that the net is calculated from the *total* settlement and that, with respect to payroll taxes, only the employer's share would be deducted in calculating the net settlement amount.

**Revised Notice (Exhibit B)**

- We amended the notice to clearly communicate that parties who signed the settlement agreement do not need to opt in to the settlement again and that the

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 220 Montgomery Street, Suite 2100, San Francisco, CA 94104  Tel. 415-437-9100

www.PeltonGraham.com

Magistrate Judge Sanket J. Bulsara
Parties' Joint Request for an Adjournment of Settlement Conference and Discovery Deadlines
Page **2** of **2**

- estimated payment in Section 8 represents a gross amount and that employee-paid taxes would be deducted from that amount.

- We also corrected certain language on Section 7 to be consistent with the terms used in the revised settlement agreement.

**Revised Proposed Order (Exhibit C)**

- We revised the proposed order to include information regarding the May 4 hearing, as well as the submission of the Revised Settlement Agreement.

- We corrected certain language in the proposed order to be consistent with the terms used in the revised settlement agreement.

**Fairness Hearing Date**

Depending on the timeframe in which the Court grants preliminary approval, the Parties would propose any date between September 27 and October 6 for a final approval hearing.

The parties will make themselves available should the Court have any additional questions or concerns about the revised settlement documents. Thank you for your consideration of this matter.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Taylor B. Graham*

Taylor B. Graham, Esq. of
PELTON GRAHAM LLC

Enclosure

cc:   All Counsel (via CM/ECF)