1  **UNITED STATES DISTRICT COURT**
2  **EASTERN DISTRICK OF NEW YORK**
   _____

3  LUIS LOPEZ and BOBBY MORRISON,
4  Individually and on behalf of all other
   similarly situated,
5
            Plaintiffs,
6
7  v.

8  UNIVERAL PROTECTION SERVICE,
   LLC d/b/a ALLIED UNIVERSAL
9  SECURITY SERVICES and
   ALLIEDBARTON SECURITY
10 SERVICES LLC
11
            Defendants.
12 _____
13
14
15
    Case No.: 1:22-cv-1990-LDH-SJB
16

DECLARATION OF JENNIFER FORST

1

I, Jennifer Forst, declare as follows:

1. I am a Senior Case Manager for CPT Group, Inc. ("CPT"), the Court-approved class action Settlement Administrator for *entitled Lopez et al. v. Universal Protection Services, LLC*. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30 plus years, we have provided notification and/or settlement administration services in over one thousand class action cases. CPT was selected by both parties to provide notice of the settlement and process exclusions in this action. In this capacity, CPT was charged with administering the settlement terms and conditions detailed herein, included but not limited to:

a) preparing, printing and mailing the Notice of Class Action Settlement and Consent to Join Form, as applicable (herein referred to as "Notice Packet");

b) processing undeliverable mail and locating updated addresses for Settlement Class and FLSA Collective Members;

c) establishing and maintaining a toll-free case hotline where Settlement Class and FLSA Collective Members can speak to case representatives regarding case specific questions;

d) establishing and maintaining a case email address where Settlement Class and FLSA Collective Members can email with case representatives regarding case specific questions;

e) establishing a case specific interactive website with key dates, documents and the ability to submit the Consent to Join Form;

f) processing Settlement Class and FLSA Collective Members' inquiries about the Notice Packet, Consent to Join Form, Disputes, Requests for Exclusion, and Objections;

g) providing Class Counsel and Counsel for Defendant a declaration attesting to the

h) establishing and administering a qualified settlement fund to disburse all settlement payments;

i) calculating Individual Settlement Payment checks to Class and FLSA Collective Members;

j) issuing and distributing Class Counsel's fees and costs, the Named Plaintiffs' Enhancement Awards, and Settlement Payments to Class and FLSA Collective Members;

k) completing any associated tax withholding and reporting to the State and Federal tax authorities;

3. CPT received the Court-approved text for the Notice Packet from Counsel on June 7, 2023.

4. CPT prepared draft Notice Packets for mailing. The Notice Packet for Class Members consisted of a 7-page Notice of Class Action Settlement. The Notice Packet for FLSA Collective Members consisted of a 7-page Notice of Class Action Settlement and a 1-page Consent to Join Form. CPT received approval from the Parties and a sufficient number of Notice Packets were printed according to the anticipated class size. Attached hereto as Exhibit "A" is a true and correct copy of the Settlement Class Notice Packet. Attached hereto as Exhibit "B" is a true and correct copy of the FLSA Collective Members Notice Packet.

5. On June 8, 2023, CPT received a data file from Defendant containing each Class Member's name, last known address, email address, dates of employment, Social Security number, Employee ID, Class Workweeks, and Collective Workweeks. The mailing list contained 64 individuals, where 32 were FLSA Collective Members.

6. On June 13, 2023, CPT conducted a National Change of Address (NCOA) search in an attempt to update the class list of addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four

years and notified the U.S. Postal Service of their change of address. As a result of the NCOA, CPT was able to locate 4 new or updated addresses.

7.     The Notice Packets were enclosed in envelopes with the names and known addresses printed on them. On June 19, 2023, the Notice Packets were mailed via U.S. First-Class mail to all Settlement Class Members and FLSA Collective Members. Those with available email addresses were also emailed the Notice Packet information. The deadline to submit disputes, requests for exclusion, objections and Consent to Join forms was August 18, 2023.

8.     As of the date of this declaration, 2 Notice Packets have been returned to our office by the U.S. Postal Service as undeliverable, none of which had a forwarding address. For the Notice Packets returned from the post office without a forwarding address, CPT attempted to locate a current mailing address using Accurint, one of the most comprehensive address databases available for skip tracing. Accurint utilizes hundreds of different databases supplied by credit supporting agencies, public records, and a variety of other national databases.

9.     As a result of skip trace efforts and additional re-mail requests, a total of 5 Notice Packets were re-mailed to Class Members. As of the date of this declaration, no Notice Packets remain undeliverable with no forwarding address and where no new address could be found through skip trace.

10.    As of the date of this declaration, CPT has not received any disputes.

11.    As of the date of this declaration, CPT has not received any written objections to the Settlement.

12.    As of the date of this declaration, CPT has not received any written requests for exclusion.

13.    As of the date of this declaration, CPT has received 25 FLSA Consent to Join Forms.[1]

---

[1] One (1) Consent Form completed and validated by CPT on behalf of a FLSA Collective Member.

DECLARATION OF JENNIFER FORST

4

14. Since it has not received any written requests for exclusion from the settlement, CPT will report that a total of 64 Class Members will be issued an Individual Settlement Payment, which represents a 100.00% participation rate. Of the 32 FLSA Collective Members, 30 submitted a Consent to Join Form to CPT and/or opted into the case prior to CPT's involvement. This represents a 93.75% participation rate. The unclaimed FLSA funds for the 2 individuals who did not opt in totaled $419.15.

15. Pursuant to the Settlement Agreement, the entire Net Settlement Amount was used to calculate the settlement payment amount for each Participating Class and FLSA Collective Member. The Net Settlement Amount is calculated as set forth below:

| | |
|---|---:|
| **Total Settlement Amount** | **$650,000.00** |
| Less Unclaimed FLSA Funds | -$419.15 |
| **Funded Settlement Amount** | **$649,580.85** |
| Less Attorneys' Fees (Requested) | - $213,470.16 |
| Less Attorneys' Expenses (Requested) | - $10,000.00 |
| Less Enhancement Awards to Plaintiffs (Requested) | - $5,000.00 |
| Less Settlement Administration Costs | - $10,000.00 |
| **Net Settlement Amount** | **$411,110.69** |

16. Prior to the deduction of employee-side state and federal taxes, the average settlement payment is estimated to be $6,423.60. The highest settlement payment is estimated to be $21,524.96 and the lowest estimated payment is $58.53.

17. CPT will charge a total of $10,000.00 in costs associated with the administration of the settlement. This includes all costs incurred to date, as well as estimated costs involved in completing the settlement.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration is executed this 6th day of September 2023 at Irvine, California.

*Jennifer Forst*
_____
**Jennifer Forst**

DECLARATION OF JENNIFER FORST
5