Sterling, Horatio

CPT ID: 25
Passcode: NWP373

# CONSENT TO JOIN FORM

I consent to be a party plaintiff in the lawsuit entitled Lopez et al. v. Universal Protection Services, LLC et al., No. 22-cv-1990-LDH-SJB in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

1. **Please fill in the following information:**

   _Horatio Sterling_
   Full Legal Name (Print)

   RECEIVED
   JUL 2 6 2023

   _____
   Street Address

   _____
   Email Address

   _____
   City, State, and Zip Code

   _____
   Telephone Number

2. **Please select from one of the following options:**

   __✓__ I wish to be represented by Pelton Graham LLC ("Plaintiffs' Counsel") and consent to the terms of such representation. By selecting this option, and by signing and returning this consent form, I designate Plaintiffs' Counsel to represent me and make decisions on my behalf concerning the litigation and any settlement.

   _____ I wish to be represented by my own attorney, at my own cost. If you have selected this option, please state your attorneys' name, address and phone number. Your attorney must file a notice of appearance promptly with the clerk of the court.

   _____

   _____

3. **SIGNATURE [or E-SIGNATURE]**

   _[signature]_          07/16/2023
   (Signature)             (Date)

### Mail, Fax or E-Mail to:

*Lopez et al. v. Universal Protection Service, LLC d/b/a Allied Universal Security Services*
c/o CPT Group Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 949-419-3446
Email: UniversalProtectionServiceSettlement@cptgroup.com

Lopez v. Universal Protection Service, LLC
d/b/a Allied Universal Security Services
CaseNo:22-CV-1990-SJB

Number  4



Lopez et al. v. Universal Protection Service, LLC

MID-ISLAND NY 117
17 JUL 2023 PM 1 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 84  IRVINE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

CPT GROUP INC
CLASS ACTION ADMINISTRATORS
50 CORPORATE PARK
IRVINE CA 92606-9905

RECEIVED
JUL 2 6 2023

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES