**CONSENT TO JOIN FORM**

I consent to be a party plaintiff in the lawsuit entitled *Lopez et al. v. Universal Protection Services, LLC et al.,* No. 22-cv-1990-LDH-SJB in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

1. **Please fill in the following information:**

   *Ivan Bruno*
   _____
   Full Legal Name (Print)

   ███████████████████          ███████████████████
   _____          _____
   Street Address                                                    Email Address

   ███████████████████          ███████████████████
   _____          _____
   City, State, and Zip Code                                   Telephone Number

2. **Please select from one of the following options:**

   ✓ I wish to be represented by Pelton Graham LLC ("Plaintiffs' Counsel") and consent to the terms of such representation. By selecting this option, and by signing and returning this consent form, I designate Plaintiffs' Counsel to represent me and make decisions on my behalf concerning the litigation and any settlement.

   _____ I wish to be represented by my own attorney, at my own cost. If you have selected this option, please state your attorneys' name, address and phone number.  Your attorney must file a notice of appearance promptly with the clerk of the court.

   _____

   _____

3. **SIGNATURE [or E-SIGNATURE]**

   *Ivan Bruno*                                    *Aug. 17, 2023*
   _____                    _____
   (Signature)                                                    (Date)

   **Mail, Fax or E-Mail to:**

   *Lopez et al. v. Universal Protection Service, LLC d/b/a Allied Universal Security Services*
   c/o CPT Group Inc.
   50 Corporate Park
   Irvine, CA 92606
   Fax: 949-419-3446
   Email: UniversalProtectionServiceSettlement@cptgroup.com