Jimmy Pierre

CPT ID: 60
Passcode: 8JRNTG

# CONSENT TO JOIN FORM

I consent to be a party plaintiff in the lawsuit entitled Lopez et al. v. Universal Protection Services, LLC et al., No. 22-cv-1990-LDH-SJB in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

1. Please fill in the following information:

Full Legal Name (Print): Jimmy Pierre

Street Address: ■■■

City: ■■■

State: ■■■

Zip Code: ■■■

Email Ad■■■

Telephone Number: ■■■

2. Please select from one of the following options:

[x] I wish to be represented by Pelton Graham LLC ("Plaintiffs' Counsel") and consent to the terms of such representation. By selecting this option, and by signing and returning this consent form, I designate Plaintiffs' Counsel to represent me and make decisions on my behalf concerning the litigation and any settlement.

[ ] I wish to be represented by my own attorney, at my own cost. If you have selected this option, please state your attorneys' name, address and phone number. Your attorney must file a notice of appearance promptly with the clerk of the court.

3. SIGNATURE [or E-SIGNATURE]

Signature /S/ Jimmy Pierre

Date    6/28/2023