IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS LOPEZ and BOBBY MORRISON, Individually and On Behalf of All Others Similarly Situated,<br><br>                  **Plaintiffs,**<br><br>-against-<br><br>UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES and ALLIEDBARTON SECURITY SERVICES LLC, Jointly and Severally,<br><br>                  **Defendants.** | Case No. 1:22-cv-1990 (SJB) |

**SUPPLEMENTAL DECLARATION OF BRENT E. PELTON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF FLSA COLLECTIVE AND CLASS SETTLEMENT AND FOR APPROVAL OF CLASS COUNSEL'S FEES AND COSTS**

I, Brent E. Pelton, declare as follows:

1. I am an attorney admitted before this Court. I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Class Counsel herein. Pelton Graham is a New York City based law firm that devotes at least ninety percent (90%) of its practice to representing plaintiffs in individual, collective and class action litigation seeking to recover unpaid wages, overtime compensation, and damages for violations of the wage and hour laws.

2. I am one of the lawyers primarily responsible for the prosecution of Plaintiffs' claims against Defendants in the following action: *Lopez, et al. v. Universal Protection Service, LLC, et al.*, 22-cv1990 (SJB) (the "Action"), currently pending before this Court.

3. All facts, including underlying documentation and information, relevant to this Supplemental Briefing have been previously filed with Plaintiffs' Motion for Preliminary

Approval (Dkt. Nos. 33-35, 39) and Motion for Final Approval (Dkt. Nos. 42-34), except as set forth below.

4. On or about October 11, 2023, my office received a Consent to Join Form from collective member, Glenville Harewood. Mr. Harewood recently had eye surgery and was unable to read his mail for several weeks, including the Notice of Proposed Class and Collective Action Settlement. Due to Mr. Harewood's medical procedure, Defendants agreed to accept Mr. Harewood's late Consent to Join Form, which was filed with the Court on October 16, 2023 via ECF at Docket Number 62.

5. As a result of Mr. Harewood's Consent to Join Form, thirty-one (31) out of a total of thirty-two (32) FLSA Collective Members have opted-in to the FLSA portion of the action and proposed settlement, which represents a 96.88% participation rate.

6. Attached hereto as **Exhibit A** is a chart created by the Settlement Administrator and Plaintiffs setting forth the settlement allocations of the Class Members. For privacy, Class Members are referred to by a unique ID. This spreadsheet shows the number of NYLL class and FLSA collective workweeks for each Class Member; this information was used to calculate each Class Members' share of the settlement amount. The chart also shows the calculated minimum settlement allocation ($58.59), the maximum allocation ($21,546.37), and the average individual payment ($6,431.60). These figures are slightly different from those previously attested to the Jennifer Forst on behalf of the Settlement Administrator (Dkt. No. 44), as those prior estimates were based upon Class Counsel's entitlement of up to $10,000.00 in costs under the terms of the settlement agreement. In fact, Class Counsel's actual litigation expenses were $9,589.50, such that the difference shall be paid to Class Members. Jennifer Forst has provided a supplemental declaration reflecting the additional opt-in and the updated litigation expenses, which is being submitted contemporaneously herewith as **Exhibit B**.

7.     Attached hereto as **Exhibit C** is Plaintiffs' Revised Proposed Order Granting Final Approval of the Class Settlement.

I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed this 17th day of October, 2023
New York, New York

                                         */s/ Brent E. Pelton*
                                         Brent E. Pelton

**PELTON GRAHAM LLC**
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800
Email: pelton@peltongraham.com

*Attorneys for Plaintiffs, the FLSA Collective and Settlement Class*