# PELTON GRAHAM LLC

## ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

January 5, 2024

**VIA CM/ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Lopez et al. v. Universal Protection Service LLC et al.***
> **Civil Action No. 22 Civ. 01990 (SJB)**

Dear Magistrate Judge Bulsara:

This office represents the Plaintiffs in the above-referenced action. As Your Honor is aware, on September 27, 2023, the parties attended an in-person fairness hearing on Plaintiffs' Motion for Final Approval of class and collective settlement, during which Your Honor indicated that the Court was intending to grant final approval of the settlement but directed the parties to submit supplemental briefing materials specifically addressing the Second Circuit's recent settlement fairness analysis set forth in *Moses v. N.Y. Times Co*., 79 F.4th 235 (2d Cir. 2023) (the "Sept. 27 Order"). (*See* Min. Entry and Order Dated 9/27/2023). Pursuant to the Sept. 27 Order, on October 17, 2023, Plaintiffs filed the required supplemental materials and a revised proposed final approval order. (Dkt. Nos. 63-64). We write respectfully, and at the request of the class representatives and a class member who is facing dire financial conditions and potential imminent eviction, to inquire whether the Court requires additional information to address Plaintiffs' Motion for Final Approval.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:    All Counsel (via CM/ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 220 Montgomery Street, Suite 2100, San Francisco, CA 94104  Tel. 415-437-9100

www.PeltonGraham.com